# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                          No. 4:18-cr-00433-JM-01

PAT TATE                                                                                DEFENDANT

## ORDER

The Defendant's Motion to Amend Judgment is GRANTED. Document No. 53. The Judgment & Commitment Order entered on January 14, 2021, is modified to amend the recommendation as to where Mr. Tate will serve his sentence to FCI Bastrop, located in Bastrop, Texas, so that Mr. Tate can be close to his family.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 25th day of January, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE